No. D–1057.  IN RE DISBARMENT OF BERMAN.  It is ordered that Brian Murray Berman, of Hollywood, Fla., be suspended from

the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.